IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00032-PAB-MJW

JOHN SANDOVAL,

Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF LAKE, STATE OF COLORADO,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that the Stipulated Motion to Amend Case Caption (Docket No. 16) is GRANTED.  The Clerk is directed amend the case caption to change the defendant's name to "Board of County Commissioners for the County of Lake, State of Colorado".

Date: March 28, 2013