IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00032-PAB-MJW

JOHN SANDOVAL,

Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF LAKE, STATE OF COLORADO,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is here ORDERED that Plaintiff's Unopposed Motion for Protective Order (docket no. 28) is GRANTED finding good cause shown.  The written Stipulated Protective order (docket no. 28-1) is APPROVED as amended in paragraphs 8, 19 and 20 and made an Order of Court.

Date: August 5, 2013